# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. T.,[1] <br><br> Plaintiff, <br><br> v. <br><br> LELAND DUDEK,[2] <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 5:24-cv-81-MAR <br><br> JUDGMENT |

It is the judgment of this Court that the final decision of the Commissioner of the Social Security Administration is **REVERSED**, and the action is **REMANDED** for further proceedings consistent with the Memorandum and Order.

DATED: March 25, 2025

MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Leland Dudek became Acting Commissioner of Social Security on February 15, 2025.  Pursuant to Federal Rule of Civil Procedure 25(d), he is automatically substituted as the Defendant herein.